**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

-against-

BANK OF NEW YORK MELLON
CORPORATION,

                Defendant.

------------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3|16|2020

19 **CIVIL** 2810 (VEC)
19 **CIVIL** 2811 (VEC)
19 **CIVIL** 2812 (VEC)
19 **CIVIL** 2813 (VEC)
19 **CIVIL** 3278 (VEC)
**JUDGMENT**

-against-

CITIBANK,

                Defendant.

------------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

-against-

MORGAN STANLEY SMITH BARNEY LLC,

                Defendant.

------------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

-against-

TIAA, FSB d/b/a TIAA Bank,

                Defendant.

------------------------------------------------------------X

```
-------------------------------------------------------X
```
WILLIAM GRECIA,

                      Plaintiff,

        -against-

SAMSUNG ELECTRONICS AMERICA, INC.,

                      Defendant.
```
-------------------------------------------------------X
```

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Opinion and Order dated March 13, 2020, Defendants' motions are GRANTED.

Grecia's complaints are dismissed with prejudice without leave to amend; accordingly, the cases

are closed.

**Dated:** New York, New York
       March 16, 2020

                                   **RUBY J. KRAJICK**

                                   **Clerk of Court**

**BY:**           _____

                                  **Deputy Clerk**